Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001075
23-SEP-2014
02:14 PM

CAAP-11-0001075

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
SHANNON MANO, Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR NO. 10-1-1356)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on June 30, 2014, is hereby corrected as follows:

1.    On page 7, in the ninth line, "(2014)" should be inserted in the citation after the reference to page "406" so that as corrected, the citation reads: " . . . 319 P.3d 382, 406 (2014) . . . ."

2.    On page 7, in the twenty-fourth line, the word "we" in the quotation should be replaced with the words "this court" so that as corrected, the text reads: ". . . "this court must, as a threshold matter, . . . .""

3.    On page 8, in the ninth line, the parenthetical at the end of the citation should be corrected from "(2007)" to "(Conn. 2007)" so that as corrected, the citation reads "State v. Bell, 931 A.2d 198, 215 (Conn. 2007)."

---

[1] Nakamura, Chief Judge, and Leonard and Ginoza, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 23, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge